**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Brenda Robertson FINE, Defendant–
Appellant.**

No. 03–10760.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

April 21, 2004.

Mark L. Nichols, Assistant US Attorney, US Attorney's Office, Amarillo, TX, for Plaintiff–Appellee.

Brenda Robertson Fine, Fort Worth, TX, pro se.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM.*

Brenda Robertson Fine, federal prisoner # 27050–077, has appealed the district court's order denying her motion for appointment of counsel. Fine contends that she is entitled to appointed counsel under 21 U.S.C. § 848(q)(4)(A) & (8) because she is a "capital" defendant. Because Fine was not sentenced to death, she is not awaiting execution of a "judgment imposing a sentence of death." Accordingly, she is not entitled to appointment of counsel under 21 U.S.C. § 848(q)(4)(A) & (8). The appeal is dismissed as frivolous. We cau-

tion Fine that the filing of frivolous motions and appeals in the future will invite the imposition of a sanction.

APPEAL DISMISSED WITH SANCTION WARNING.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

